AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

SHAWN LAWRENCE DESAUTEL,

                Plaintiff,

                    v.

TETRA TECH EC, INC.,

                Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-11-187-EFS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Judgment is entered with prejudice in favor of Tetra Tech Ec, Inc.

January 31, 2012  
*Date*

JAMES R. LARSEN  
*Clerk*  
s/ Renea Ferrante  
*(By) Deputy Clerk*  
Renea Ferrante